No. 291. Clinton Corn Syrup Refining Co. v. United States. October 21, 1929. Petition for writ of certiorari to the Court of Claims denied. *Mr. Richard S. Doyle* for petitioner. *Solicitor General Hughes, Assist-*

582

*ant Attorney General Galloway,* and *Messrs. Claude R. Branch* and *R. C. Williamson* for the United States.

No. 292. NATIONAL CANDY ·Co. *v.* UNITED STATES. October 21, 1929. Petition for writ of certiorari to the Court of Claims denied. *Mr. Richard S. Doyle* for petitioner. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Messrs. Claude R. Branch* and *R. C. Williamson* for the United States.

